**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      Edwin Anderson Rivera v. The State of Texas

Appellate case number:    01-12-00720-CR

Trial court case number:  1240582

Trial court:              174th District Court of Harris County

  The clerk's record filed in the above-referenced appeal is incomplete. Pursuant to Texas Rule of Appellate Procedure 34.5(c), the trial court clerk is directed to file a special clerk's record containing:

1. "Defendant's Motion to Suppress Written, Recorded and Video Taped Statements," filed July 23, 2012 (Image # 52909009)

2. Order on motion, dated July 26, 2012 (also Image # 52909009)

*See* TEX. R. APP. P. 34.5(c)(1).

  The special clerk's record shall be filed in the First Court of Appeals **within 10 days of the date of this notice**.

  It is so ORDERED.

Judge's signature: /s/ Laura C. Higley
     ☑ Acting individually   ☐ Acting for the Court

Date: July 23, 2014